IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-01144-NYW | Date: April 27, 2016 |
|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY, | *Amanda Marie Hensen* |
| **Plaintiff,** | |
| v. | |
| ROBERTA JO WHITE, | *Sam D. Starritt* |
| MERCIE M. LUMACAD, | *Christopher Thomas Mahre* |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 1:39 p.m.

Appearance of counsel. Mr. Mathew Tribolet appears with Ms. Hensen.

Discussion held on status of case related to Stipulation of the Parties Regarding ReliaStar Life Insurance Company's Motion for Granting of Interpleader, Deposit of Disputed Funds, Dismissal and Atorneys' Fees [44] filed April 15, 2016.

**ORDERED: Stipulation of the Parties Regarding ReliaStar Life Insurance Company's Motion for Granting of Interpleader, Deposit of Disputed Funds, Dismissal and Atorneys' Fees [44] is GRANTED. ReliaStar is directed to deposit an amount of $100,000 to the Court Registry. The Court shall hold the funds in the Registry of the Court pending further order.**

Discussion held on ReliaStar Life Insurance Company's Motion for Summary Judgment [36] filed March 24, 2016.

**ORDERED: ReliaStar Life Insurance Company's Motion for Summary Judgment [36] is DENIED as MOOT, with each party to bear its own fees and costs.**

Parties discuss if they prefer argument on the other pending motions for summary judgment. Parties stand on briefing. The court will permit Replies.

Discussion held on vacating the Final Pretrial Conference currently set for May 25, 2016, at 3:30 p.m.

**ORDERED:   The Final Pretrial Conference set for May 25, 2016, is VACATED to be reset as necessary after the disposition of the motions for summary judgment.**

Discussion held regarding case caption. The caption shall remain the same.

 Court in Recess: 1:50 p.m.              Hearing concluded.              Total time in Court:    00:11